**Transmission Report**

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

| | | | | | |
|---|---|---|---|---|---|
| Date/Time | 08-23-2006 | 11:39:32 a.m. | | Transmit Header Text | |
| Local ID 1 | 808 541 1303 | | | Local Name 1 | U.S. DISTRICT COURT |
| Local ID 2 | | | | Local Name 2 | |

## FACSIMILE COVER SHEET



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Voice Contact Number (808) 541-1890
Fax Number (808) 541-1303

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

---

TO: **LAURA BOHANAN**, COMMUNITY CORRECTIONS MGR

FAX NO: (916) 930-2109

FROM: Clerk's Office, Docketing
Anna F. Chang

DATE SENT: August 23, 2006

RE: USA vs. JASEN ANTONIO, aka "Fluff"
CR 03-00493HG-01, CR 03-00494HG-06, CR 03-00496HG-03

Transmitting: ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE, filed August 23, 2006, and NOTICE OF ELECTRONIC FILING page as to each case number.

Total pages, including cover sheet: 10

(916) 930-2109 (direct fax to CCM)

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

---

Total Pages Scanned : 10    Total Pages Confirmed : 10

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 046 | 9169302109 | 11:35:19 a.m. 08-23-2006 | 00:03:15 | 10/10 | 1 | EC | HS | CP14400 |

Abbreviations:
| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | TU: Terminated by user | |
| HR: Host receive | PR: Polled remote | CP: Completed | TS: Terminated by system | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FA: Fail | RP: Report | EC: Error Correct |